IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:94cr54-MHT
                            )            (WO)
JAIME MESA                  )
```

### ORDER

Upon consideration of the government's notice of dismissal of the indictment (Doc. 8), which the court construes as a motion for leave to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48, it is ORDERED that:

(1) The government's motion for leave to dismiss the indictment (Doc. 8) is granted.

(2) The indictment is dismissed without prejudice.

DONE, this the 26th day of May, 2023.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE